FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2009 FEB -6  AM 10: 53

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 4:98CR3103 |
| vs. | ) ORDER FOR DISMISSAL |
| GUADALUPE SAVALA RENTERIA, | ) |
| Defendant. | ) |

Pursuant to Motion of the United States (Filing No. ____), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Indictment against Guadalupe Savala Renteria.

IT IS ORDERED that the Motion to Dismiss the Indictment (Filing No. _____) is granted.

Dated this  6th  day of February, 2009.

BY THE COURT:

_____
RICHARD G. KOPF
United States District Judge